**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 16-14863 |
| TANVEER A. KHAN | Chapter 13 |
| Debtor(s) | Honorable Judge Donald R. Cassling |

**NOTICE OF MOTION**

To:   Glenn B. Stearns, Chapter 13 Trustee (via Electronic Case Filing)
      Motorola Employee Credit Union  Attention:  Christine M. Ryan/ Esp Kreuzer Cores LLP, 400 S. County Farm Road, Ste. 200, Wheaton, IL  60187  (notice per proof of claim filed by Motorola Employee Credit Union) and Steven C. Lindberg, Anselmo, Lindberg Oliver LLC  1771 W. Diehl Road, Suite 120, Naperville, IL  60563 (notice per Appearance filed [Doc. # 15]).

PLEASE TAKE NOTICE that on November 4, 2016 at 9:30 a.m., the undersigned will appear before the Honorable Judge Donald R. Cassling at Kane County Courthouse  100 S 3rd Street, Room 240 Geneva, IL, and will then and there present **DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 2321 LOOP ROAD, ALGONQUIN, IL  60102 AND AVOID THE LIEN OF MOTOROLA EMPLOYEE CREDIT UNION at which time you may appear if you so choose.**

**CERTIFICATE OF SERVICE**

I, James J. Haller, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee (via Electronic Case Filing) and Motorola Employee Credit Union by serving by regular first claim mail  Christine M. Ryan/ Esp Kreuzer Cores LLP, 400 S. County Farm Road, Ste. 200, Wheaton, IL  60187  (notice per proof of claim filed by Motorola Employee Credit Union) and via electronic case filing to Steven C. Lindberg, Anselmo, Lindberg Oliver LLC  1771 W. Diehl Road, Suite 120, Naperville, IL 60563 (notice per Appearance filed [Doc. # 15]) on September 29, 2016 on or before the hour of 5:00 p.m. from the office located at 900 Jorie Boulevard, Suite 150, Oak Brook, Illinois 60523.

*/s/ James J. Haller*
James J. Haller (6226796)
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630)575-8181

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-14863<br>Northern District of Illinois<br>Chicago<br>Thu Sep 29 16:13:19 CDT 2016 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 9001951<br>Louisville, KY 40290-1951 | Avant Credit, Inc<br>640 N. LaSalle St., Suite 535<br>Chicago, IL 60654-3731 | Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Cadence Health<br>25 North Winfield Road<br>Winfield, IL 60190 | Cadence Health<br>25960 Network Place<br>Chicago, IL 60673-1259 | Cadence Health<br>27W353 Jewell Rd.<br>Winfield, IL 60190-1960 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>7933 Preston Rd.<br>Plano, TX 75024-2302 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | CarMax Business Services LLC<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5897 |
| Carmax Auto Finance<br>12800 Tuckahoe Creek Parkway<br>Richmond, VA 23238-1124 | Carmax Auto Finance/CAF<br>Attn: Bankruptcy<br>PO Box 440609<br>Kennesaw, GA 30160-9511 | Christine M. Ryan/Esp Kreuser Cores, LLP<br>400 S. Country Rd<br>Wheaton, IL 60187 |
| Credit First/CFNA<br>Bk13 Credit Operations<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Equifax Information Services, LLC<br>1550 Peachtree St. NW<br>Atlanta, GA 30309 | Experian Information Solutions, Inc.<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| Firestone<br>Credit First National Assoc<br>PO Box 81315<br>Cleveland, OH 44181-0315 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kane County Clerk<br>719 S. Batavia Avenue<br>Geneva, IL 60134-3000 | Kane County State's Attorney<br>37W777 Illinois Route 38<br>Saint Charles, IL 60175-7535 |

| | | |
|---|---|---|
| Kane County Treasurer<br>719 S. Batavia Ave.<br>Building A<br>Geneva, IL 60134-3079 | Kane County Treasurer<br>PO Box 4025<br>Geneva, IL 60134-4025 | LVNV Funding, LLC its successors and assigns<br>assignee of LendingClub Corporation &<br>LC Trust I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club Corp<br>71 Stevenson St., Suite 300<br>San Francisco, CA 94105-2985 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Merrick Bank/Geico Card<br>PO Box 23356<br>Pittsburg, PA 15222-6356 | Motorola<br>Po Box 68429<br>Schaumburg, IL 60168-0429 | Motorola Employee Credit Union<br>1205 E. Algonquin Rd.<br>Schaumburg, IL 60196-1065 |
| Motorola Employees Credit Union<br>Christine M Ryan/Esp Kreuzer Cores LLP<br>400 S County Farm Road Ste 200<br>Wheaton, IL 60187 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, Inc. on behalf of USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank/JC Penneys<br>Attn: Bankrupty<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Money Sport<br>Attn:Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Trans Union LLC<br>PO Box 2000<br>Chester, PA 19022-2000 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |
| Us Dept of Ed/Great Lakes Educational Lo<br>2401 International<br>Madison, WI 53704-3121 | Willoughby Farms Estates Neighborhood As<br>C/O RA Robert P. Nesbit<br>175 North Archer<br>Mundelein, IL 60060-2301 | Willoughby Farms Master Association<br>2587 Millenium Dr., Suite H<br>Elgin, IL 60124-5826 |
| Willoughby Farms Master Association<br>C/O RA Tressler Corporate Services, Inc.<br>305 W. Briarcliff Road Suite 201<br>Bolingbrook, IL 60440-2845 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523-3810 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tanveer A Khan<br>2321 Loop Rd.<br>Algonquin, IL 60102-6648 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service | Jefferson Capital Systems LLC | Portfolio Recovery Associates, LLC |
| Centralized Insolvency Operation | Purchased From Avant, Inc | Successor to |
| PO Box 21126 | Po Box 7999 | BARCLAYS BANK DELAWARE |
| Philadelphia, PA 19114-0326 | Saint Cloud Mn 56302-9617 | (AADVANTAGE AVIATOR RED) |
| | Orig By: Webbank | POB 41067 |
| | | Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Motorola Employees Credit Union

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-14863 |
| TANVEER A. KHAN | Chapter 13 |
| | Honorable Judge Donald R. Cassling |
| Debtor(s) | |

### DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 2321 LOOP ROAD, ALGONQUIN, IL  60102 AND AVOID THE LIEN OF MOTOROLA EMPLOYEE CREDIT UNION

NOW COMES, TANVEER A. KHAN (hereinafter "Debtor"), by and through his attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C §506(a) and Federal Bankruptcy Rule 3012, moves this Honorable Court to determine the fair market value of the real estate commonly known as 2321 Loop Road, Algonquin, Illinois 60102 and avoid lien of Motorola Employee Credit Union, and in support thereof states the following:

1. This is a motion brought by the Debtor pursuant to 11 U.S.C. § 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure to determine the value of the real estate commonly known as 2321 Loop Road, Algonquin, Illinois 60102 and to avoid the lien of Motorola Employee Credit Union.

2. The Debtor alleges that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

3. The Debtor further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 228 of the United States Code.

4. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on April 30, 2016.

5. Upon information and belief, Motorola Employee Credit Union ("MECU") lends money in the State of Illinois.

6. The Debtor is the owner of the real estate ("real estate") commonly known as 2321 Loop Road, Algonquin, Illinois 60102.

7. At the time of the filing of the instant Chapter 13 proceeding, the fair market of the real estate was $316,000.00. *See* attached Exhibit A is a true and accurate copy of an appraisal conducted by Jonathan E. Gutstein, Certified Residential Appraiser.

8. Upon information and belief, MECU has an interest in the real estate as a result of a first and second mortgage.

9. Upon information and belief, the balance of the debt owed to MECU on the first mortgage is $354,979.08. *See* attached Exhibit B is a true and accurate copy of the Complaint to Foreclose Mortgage filed on or about March 18, 2016 in the Circuit Court of Kane County Illinois. *See also* Paragraph #17 of Count I of the Complaint.

10. Upon information and belief, the balance of the debt owed to MECU on the second mortgage is $51,043.01. *See* attached Exhibit B is a true and accurate copy of the Complaint to Foreclose Mortgage filed on or about March 18, 2016 in the Circuit Court of Kane County Illinois. *See also* Paragraph #14 of Count II of the Complaint.

11. The total amount owed to MECU on the first and second mortgage per the Complaint is $406,022.09.

12. The Complaint to Foreclose Mortgage was filed by Christine M. Ryan of ESP Kreuzer Cores LLP as attorneys for Motorola Employees Credit Union.

13. On or about June 14, 2016, MECU filed a proof of claim in this case [Claim 5]. *See* attached Exhibit C is a true and accurate copy of the Proof of Claim filed by MECU in the instant bankruptcy proceeding.

14. This claim was filed by Christine M. Ryan of ESP Kreuzer Cores LLP as attorneys for MECU.

15. This claim indicates the total amount due is $356,496.99 with the basis of perfection being the First and Second Mortgages on the real property.

16. Contrary to Bankruptcy Rule 3002.1 this claim does not itemize the amount of debt owed on account of MECU's first and second mortgage.

17. Pursuant to 11 U.S.C. §§ 506(a) & (d), a creditor would only have a secured claim to the extent of the value of the bankruptcy estate's interest in the property securing the claim. As a result, a creditor's lien is void to the extent it is not an allowed secured claim.

18. Moreover, a junior lien holder would only have a secured claim to the extent the fair market value of the secured asset exceeds the amount of the lien held by the primary lien holder.

19. Where the junior mortgage is wholly unsecured, it should not be allowed as a secured claim, and that the mortgage lien may be stripped off. *In re Havel*, 2002 WL 31944059 (Bankr. S.D. Ill. 2002); *In re Mann*, 249 B.R. 831, 840 (1st Cir. BAP 2000); *In Re Pond*, 2001 252 F.3d 122 (2nd Cir. 2001); *In Re MacDonald*, 205 F. 3d 606 (3rd Cir. 2000); *Bartee v. Tara Colony*

*Homeowners Assoc.*, 212 F. 3d 277 (5th Cir. 2000); *In Re Lam*, 211 B.R. 36 (9th Cir. BAP 1357); *In Re Tanner*, 217 F. 3d 1357 (11th Cir. 2000).

20. Given that MECU's first mortgage claim in the amount of $354,979.08 exceeds the fair market value of the real estate of $316,000.00, MECU does not have an allowed secured claim for its second mortgage pursuant to 11 U.S.C. §506(a).

21. Therefore the debt owed to MECU on the second mortgage is fully unsecured and shall be treated as a general non-priority unsecured claim in the underlying Chapter 13 proceeding and avoided upon discharge.

**WHEREFORE**, the Debtor, Tanveer A. Khan, prays this Honorable Court enter an Order as follows:

    A.  Determining that the Fair Market Value of the Real Estate commonly known as 2321 Loop Road, Algonquin, Illinois 60102 is $316,000.00;

    B.  Determining that the debt owed to Motorola Employee Credit Union based on the its second mortgage on the real estate shall be treated as general non-priority unsecured claim and shall be avoided upon entry of discharge in the underlying Chapter 13 proceeding;

    C.  For any other and further relief as the Court may seem just and proper.

Dated: September 29, 2016                                      Respectfully submitted,

*/s/ James J. Haller*
James J. Haller
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630)575-8181
Facsimile: (630)575-8188

*Counsel for Debtor*