UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>TANVEER KHAN<br><br>Debtor(s) | BK No.: 16-14863<br><br>Chapter: 13<br><br>Honorable Donald R. Cassling<br><br>Kane |

**ORDER GRANTING DEBTOR'S MOTION PURSUANT TO
11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE
VALUE OF 2321 LOOP ROAD, ALGONQUIN, IL 60102 AND
AVOID THE LIEN OF MOTOROLA EMPLOYEES CREDIT UNION
NOW KNOWN AS ANDIGO CREDIT UNION**

THIS CAUSE coming to be heard on the Debtor's motion, the court having jurisdiction, all parties in interest having due notice and the Court being advised, IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion is granted;

2. The Fair Market Value of the real estate commonly known as 2321 Loop Road, Algonquin, Illinois 60102, PIN # 03-08-106-013, is $316,000.00;

3. The debt owed to Motorola Employees Credit Union, now known as Andigo Credit Union, based on it's second mortgage on the real estate shall be avoided upon entry of discharge in the underlying Chapter 13 proceeding. No payment shall be made by the Chapter 13 trustee on the second mortgage as said debt was discharged in the Debtor's Chapter 7 case filed in the Northern District of Illinois as case number 12-15839.

4. Motorola Employees Credit Union, now known as Andigo Credit Union, shall release it's lien based on it's second mortgage on the aforementioned real estate within 30 days of completion of plan payments as provided in the Debtor's Chapter 13 Plan.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 1-20-17

**Prepared by:**
Orlando Velazquez #6210326
Counsel for Debtor
Sulaiman Law Group, Ltd
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: 630-575-8181
Fax: 630-575-8188

Rev: 20170105_bko