1124.6736E/CMR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 16-14863 |
| TANVEER KHAN, | ) | |
| | ) | Honorable Judge Janet S. Baer |
| Debtor. | ) | Chapter: 13 |

**NOTICE OF FILING**

TO: -Glenn B. Stearns, *Trustee*, 801 Warrenville Road, Suite 650, Lisle, IL 60532 – *Via electronic notice through ECF notification*
-Patrick S. Layng, *U.S. Trustee*, Office of the U.S. Trustee, Region 11, 219 South Dearborn Street, Room 873, Chicago, IL 60604 – *Via electronic notice through ECF notification*
-Steven C. Lindberg, *Attorney for Creditor Motorola Employees Credit Union,* Anselmo Lindberg Oliver LLC, 1771 W. Diehl Road, Suite 120, Naperville, IL 60563 – *Via electronic notice through ECF notification*
-Capital One Auto Finance, *Creditor*, P.O. Box 201347, Arlington, TX 76006 – *Via Regular U.S. Mail*
-Capital One Auto Finance c/o AIS Portfolio Services, LP, *Creditor*, P.O. Box 4360, Houston, TX 77210 – *Via Regular U.S. Mail*
-Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a Ascension Capital Group, *Creditor*, 4515 N. Santa Fe Avenue, Department APS, Oklahoma City, OK 73118 – *Via Regular U.S. Mail*
-Muhammed O. Badwan, *Attorney for Debtor*, Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, IL 60148 – *Via electronic notice through ECF notification*
-Tanveer Khan, *Debtor*, 2321 Loop Road, Algonquin, IL 60102 – *Via Regular U.S. Mail*

YOU ARE HEREBY NOTIFIED that on the 17th day of March 2021, we electronically filed with the Clerk of Court of the United States Bankruptcy Court of the Northern District of Illinois, Eastern Division, **Notice of Withdrawal** regarding attorney for Creditor, Andigo Credit Union f/k/a Motorola Employees Credit Union, a copy of which is attached hereto.

By: _____
Christine M. Ryan, Attorney for Creditor
Andigo Credit Union f/k/a Motorola Employees
Credit Union

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I sent the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record named above. I further certify that I have mailed by United States Postal Service, Regular Mail, the documents to the following non-CM/ECF participants, as listed above.

/s/ Ryan

Christine M. Ryan (#6276787)
Attorney for Creditor Andigo Credit Union f/k/a Motorola Employees Credit Union
Esp Kreuzer Cores LLP
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630/871-1002
630/871-0224 fax
cryan@ekclawfirm.com

1124.6736E/CMR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 16-14863 |
| TANVEER KHAN, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL**

NOW COMES attorneys Esp Kreuzer Cores LLP on behalf of Creditor Andigo Credit Union f/k/a Motorola Employees Credit Union, and requests that this Honorable Court withdraw the appearance of Esp Kreuzer Cores LLP as attorney of record for Creditor Andigo Credit Union f/k/a Motorola Employees Credit Union as assigned on September 29, 2016 and January 20, 2017.

Dated: March 17, 2021

Respectfully submitted,

/s/ Ryan

Christine M. Ryan
ESP KREUZER CORES LLP
Attorney for Creditor, Andigo Credit Union
f/k/a Motorola Employees Credit Union
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630/871-1002
630/871-0224 fax
cryan@ekclawfirm.com
ARDC # 6276787