**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tanveer A Khan |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 16-14863 |

Official Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** Andigo Credit Union

**Court claim no.** (if known): 5-3

**Last 4 digits** of any number you use to identify the debtor's account:   2654

**Property address:** 2321 Loop Road
Number    Street

Algonquin    Illinois    60102
City    State    Zip Code

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $16,953.13
- $2,209.69
(suspense)

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) _____

c.  **Total.** Add lines a and b.    (c) $14,743.44

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:    09/01/2020
MM / DD / YYYY

Official Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Tanveer A Khan | Case number (*if known*) | 16-14863 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response.

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Nisha B. Parikh           Date: 5/24/2021
  Signature

Print: Nisha B. Parikh           Title: Attorney for Creditor
       First Name  Middle Name  Last Name

Company: Diaz Anselmo & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1771 West Diehl Road, Suite 120
         Number        Street
         Naperville         IL        60563
         City              State     Zip Code

Contact phone: (630) 453-6960       Email: ILBankruptcy@dallegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 16-14863 |
| Tanveer A Khan | CHAPTER 13 |
| Debtor(s). | JUDGE Janet S. Baer |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, a true and correct copy of the foregoing "Response to Notice of Final Cure Payment" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Mohammed O Badwan, Debtor's Counsel
    Glenn B Stearns, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Tanveer A Khan, 2321 Loop Rd., Algonquin, IL 60102


    /s/ Victoria Shouse

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B16060006